RECEIVED
IN LAKE CHARLES, LA
AUG - 6 2015
TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DEMOND JARED FOBBS, | * | CIVIL ACTION NO. 2:14-cv-1111 |
| Petitioner, | * | |
| v. | * | JUDGE MINALDI |
| C. MAIORANA, | * | |
| Respondent. | * | MAGISTRATE JUDGE KAY |

*******************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendations [Doc. 3] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of the petitioner's Objections [4], and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that petitioner's Application for Federal Writ of *Habeas Corpus* [Doc. 1] be and hereby is **DISMISSED, WITH PREJUDICE,** because the court lacks jurisdiction to consider these claims.

Lake Charles, Louisiana, this 5 day of August_____, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE